UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| EDDY L. PATTERSON, | ) ) ) ) |
| Defendant. | ) |

Case No. 03-CV-0302-CVE-PJC

**PARTIAL JUDGMENT AND PERMANENT INJUNCTION**

By Opinion and Order dated March 23, 2006 (Dkt. # 32), this Court granted the motion for partial summary judgment (Dkt. # 29) filed by plaintiff, the Securities and Exchange Commission ("SEC"). Partial judgment is hereby entered in favor of plaintiff and against defendant, Eddy L. Patterson, on the issue of liability on plaintiff's claims for securities fraud. Consistent with the Court's determination in that Opinion and Order that injunctive relief is appropriate, the Court also hereby enters a permanent injunction.

**IT IS THEREFORE ORDERED** that defendant Eddy L. Patterson, his agents, servants, employees, attorneys, and all persons in active concert or participation with him who receive actual notice of this final judgment by personal service or otherwise, and each of them, are restrained and enjoined from:

    **A.**    Violating Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S. C. § 78j(b)], by directly or indirectly, in the use of any means or instruments of interstate commerce, of the mails or of any facility of any national securities exchange, using or employing in connection with the purchase or sale of any security registered on

a national securities exchange or any security not so registered any manipulative device or contrivance in contravention of a rule or regulation prescribed by the Securities and Exchange Commission.

**B.** Violating Rule 10b-5 of the Securities and Exchange Commission [17 C.F.R. § 240.10b-5], by directly or indirectly, in the use of any means or instruments of interstate commerce, of the mails or any facility of any national securities exchange: (1) employing any device, scheme or artifice to defraud; (2) making any untrue statement of a material fact or omitting to state a material fact necessary in order to make the statement(s) made, in the light of the circumstances under which they were made, not misleading; or (3) engaging in any act, practice or course of business which operates or would operate as a fraud or deceit upon any person.

**C.** Violating or aiding and abetting violations or Section 13(a) of the Exchange Act [15 U.S.C. § 78m(a)] and Rules 12b-20, 13a-1 and 13a-13 thereunder [17 C.F.R. §§ 240.12b-20, 240.13a-1m 240.13a-13], by providing substantial assistance to an issuer, in its failure to file with the Commission, in the manner prescribed, any report or statement required to be filed with the Commission pursuant to Section 13(a) of the Exchange Act and the rules and regulations promulgated thereunder, or information and documents required by the Commission to keep reasonably current the information and documents required to be included in or filed with an application or registration statement filed pursuant to Section 12 of the Exchange Act.

**D.** Violating Section 13(b)(5) of the Exchange Act and Securities and Exchange Commission Rule 13b2-1 [15 U.S.C. §§78m(b)(5); 17 C.F.R. §240.12b2-1] by knowingly circumventing or knowingly failing to implement a system of accounting controls or knowingly falsifying any book, record or account as described therein.

**E.** Directly or indirectly, violating Securities and Exchange Commission Rule 13b2-2 [17 C.F.R. § 240.13b2-2], by:

    (a) making or causing to be made a materially false or misleading statements, or

    (b) omitting to state, or causing another person to omit to state, any material fact necessary in order to make statements made, not misleading to an accountant in connection with (1) any audit or examination of the financial statements of the issuer required to be made pursuant to this subpart or (2) the preparation or filing of any document or report required to be filed with the Commission pursuant to this subpart or otherwise.

**F.** Aiding and abetting an issuer's violations of Exchange Act Section 13(b)(2) [15 U.S.C. § 78m(b)(2)] of the Exchange Act by:

    (a) providing substantial assistance to an issuer in its failure to keep books, records and accounts, which, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the issuer; and

    (b) providing substantial assistance to an issuer in its failure to devise and maintain a system of internal accounting controls.

**IT IS FURTHER ORDERED** that defendant Patterson is hereby permanently enjoined and restrained from acting as a director or officer of any issuer having a class of securities registered with the Commission pursuant to Section 12 of the Exchange Act [15 U.S.C. §78 l] or that is required to file reports pursuant to Section 15(d) of the Exchange Act [15 U.S.C. § 78o(d)].

This Order may be served upon Defendant Patterson in person or by certified mail, either by the United States Marshal, the Clerk of this Court, or any member of the staff of the Securities and Exchange Commission.

**IT IS SO ORDERED** this 23rd day of March, 2006.

_____
CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT