# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v | ) ) | Case No. 03-CV-0302-CVE-PJC |
| **EDDY L. PATTERSON,** | ) ) ) | |
| **Defendant.** | ) | |

## ORDER

Before the Court is plaintiff's Motion to Dismiss Remaining Claim (Dkt. # 36), in which the Securities and Exchange Commission seeks to dismiss its remaining claim against defendant, Eddy L. Patterson. For good cause shown, the Court finds that the motion should be and is hereby **granted.**

**IT IS THEREFORE ORDERED** that the remaining claim against defendant, Eddy L. Patterson, is **dismissed**. This is a final order terminating this litigation in its entirety.

**DATED** this 26th day of May, 2006.

_____
CLAIRE V. EAGAN, CHIEF JUDGE
UNITED STATES DISTRICT COURT